IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN JOSEPH KOTARSKI,

     Appellant,

 v.                       Case No. 5D22-1743
                            LT Case No. 2020-CF-002135-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY and SOUD, JJ., concur.